08CR 0107

Minute Order Form (rev. 4/99)

**MAGISTRATE JUDGE** UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF ILLINOIS
**GERALDINE SOAT BROWN**

| Name of Assigned Judge or Magistrate Judge | **JUDGE BUCKLO** | Sitting Judge if Other Than Assigned Judge | **Maria Valdez** |
|---|---|---|---|
| CASE NUMBER | 06 GJ 0651 | DATE | FEBRUARY 5, 2008 |
| CASE TITLE | US v. LAWRENCE J. SKROBOT, et al (SEE ATTACHED) | | |

Motion: (In the following box (a) indicate the party filing the motion, e.g., plaintiff, defendant, 3rd - party plaintiff, and (b) state briefly the nature of the motion being presented.)

### GRAND JURY PROCEEDING
### SPECIAL AUGUST 2006-1

The Grand Jury for the _____ Session, a quorum being present,
returns the above entitled indictment in open Court this date before

Judge or Magistrate Judge _____ *Maria Valdez*

Docket Entry:

TO SET PRELIMINARY BAIL AT $25,000.00 (SECURED) AS TO LAWRENCE SKROBOT. TO SET PRELIMINARY BAIL AT $4500.00 AND THAT DEFENDANTS BE ALLOWED TO SIGN OWN RECOGNIZANCE BONDS AS TO ALL REMAINING DEFENDANTS.

# FILED

FEB 05 2008        FEB - 5 2008

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

SIGNATURE OF JUDGE _____        (ONLY IF FILED
OR MAGISTRATE JUDGE                          UNDER SEAL)

| | | |
|---|---|---|
| No notices required, advised in open court. | | Number of notices |
| No notices required. | | Date docketed |
| Notices mailed by judge's staff. | | Docketing dpty. initials |
| Notified counsel by telephone. | | |
| Docketing to mail notices | | Date mailed notice |
| Mail AO 450 form. | | Mailing dpty. initials |
| Copy to judge/magistrate judge. | | |
| Courtroom Deputy initials | Date/time received in Central Clerk's office | DOCKET# |

UNITED STATES OF AMERICA                    )
                                            )
                    v.                      )
                                            )
LAWRENCE J. SKROBOT,                        )
JAMES ROBERT THOMAS,                        )
VARENA MCCLOUD,                             )
CHARLENE BATALLA,                           )
HATTIE BROOKS,                              )
DONALD THOMAS,                              )
JONATHON MARCHETTI,                         )
JOSEPH GREEN III,                           )
JOSEPH MILLER,                              )
ALFREDO HILADO,                             )
JOHNNY WHITE,                               )
DIANE ROBINSON,                             )
JOHN LEWIS,                                 )
JAMES GREEN,                                )
CHRISTOPHER MARCHETTI,                      )
KARL ALLEN,                                 )
ALONZO BRAZIEL and                          )
KEVIN EARL                                  )
                                            )