**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No.  08 CR 107-10 |
| | ) | |
| ALFREDO HILADO | ) | Hon. Elaine E. Bucklo |
| | ) | U.S. District Judge |
| Defendant | ) | |

**AGREED MOTION TO ALLOW DEFENDANT TO TRAVEL OUTSIDE THE NORTHERN DISTRICT OF ILLINOIS**

Defendant ALFREDO HILADO, by and through his attorney, JAMES A. McGURK, hereby respectfully requests that the Court enter an order modifying Defendant Alfredo Hilado's conditions of bond to allow him to travel to South Carolina for purposes of bringing his daughter back from college.  In support of this motion, Mr. Hilado states as follows:

1. Alfredo Hilado is a husband and father who has two children, who with his wife Bloomingdale, Illinois.

2. Hilado's daughter attends college in the state of South Carolina.

3. Mr. Hilado seeks leave to leave Illinois and pick up his daughter, and return to Illinois during the first two weeks of May, 2008.

4. The undersigned counsel spoke with the Assistant U. S. Attorney, Lisa Noller, and Ms. Noller also stated that the government had no objection to this request , and we could state this motion as an "Agreed Motion."

WHEREFORE, for the reasons stated above, Alfredo Hilado respectfully requests that the Court enter an order modifying his bond to allow him to travel to South Carolina to pick up his daughter from college and return home.

Dated: May 5, 2008                                      Respectfully submitted,


                                                        /s/James A. McGurk                    

                                                        Attorney for Defendant Alfredo Hilado


James A. McGurk
Law Offices of James A. McGurk
140 South Dearborn, Suite 404
Chicago, Illinois 60603
312-236-8900

## **CERTIFICATE OF SERVICE**

      James A. McGurk, an attorney, hereby certifies that in accordance with Fed. R. Civ. P. 5, LR 5.1, and the General order on Electronic Case Filing (ECF), the following documents were served pursuant to the Court's ECF system as to ECF filers, and delivered by fax upon Assistant U. S. Attorney Lisa Noller, 219 South Dearborn, Room 500, Chicago, Illinois 60604.


                                                           /s/ James A. McGurk
                                                               James A. McGurk