UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA**  )<br>  )<br>  )<br>  )<br>     v.   )<br>  )<br>  )<br>**ALFREDO HILADO**   )<br>  )<br>  ) | **No. 08 CR 107-10**<br><br>**Hon. Elaine E. Bucklo**<br>**U.S. District Judge** |

### NOTICE OF MOTION

To: AUSA Lisa Noller
219 South Dearborn Street
Room 500
Chicago, IL 60604

PLEASE TAKE NOTICE, that on Friday, May 9, 2008, at 10:00 a.m., the undersigned shall appear before the Hon. Elaine E. Bucklo, 219 South Dearborn Street, Room 1441, Chicago, Il 60604, and present the attached AGREED MOTION OF DEFENDANT ALFREDO HILADO TO TRAVEL OUTSIDE THE NORTHERN DISTRICT OF ILLINOIS, a copy of which is attached hereto.

Dated: May 5, 2008                                      Respectfully submitted,
                                                                         Defendant Alfredo Hilado

                                                                         By: /s/James A. McGurk
                                                                         James A. McGurk, His Attorney

Of Counsel:
James A. McGurk, Esq.
Law Offices of James A. McGurk, P.C.
140 South Dearborn Street
Suite 404
Chicago, Il 60603
(312) 236-8900

## **CERTIFICATE OF SERVICE**

    I, James A. McGurk, an attorney, certify that I caused a copy of the foregoing document to be served by messenger upon:

AUSA Lisa Noller
219 South Dearborn Street
Room 500
Chicago, IL 60604

this 5th day of May, 2008

                                                /s/James A. McGurk
                                                James A. McGurk

COS.ah